IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01795-NRN

EMILY FRANCE, individually and as the mother
and guardian of O.F., a minor child, a minor,

Plaintiffs,

v.

TRANS STATES AIRLINES, LLC; and
UNITED AIRLINES, INC.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

 On August 18, 2019, Plaintiffs filed an Amended Complaint (Dkt. #20) with Defendants' consent (Dkt. #19). Accordingly, Defendants' Motions to Dismiss (Dkt. ## 11 & 14) are DENIED as moot. *See, e.g., Strich v. United States*, No. 09-cv-01913-REB-KLM, 2010 WL 14826, at *1 (D. Colo. Jan. 11, 2010) (citations omitted) ("The filing of an amended complaint moots a motion to dismiss directed at the complaint that is supplanted and superseded."); *AJB Props., Ltd. v. Zarda Bar-B-Q of Lenexa, LLC*, No. 09-2021-JWL, 2009 WL 1140185, at *1 (D. Kan. April 28, 2009) (finding that amended complaint superseded original complaint and "accordingly, defendant's motion to dismiss the original complaint is denied as moot"); *Gotfredson v. Larsen LP*, 432 F. Supp. 2d 1163, 1172 (D. Colo. 2006) (noting that defendants' motions to dismiss are "technically moot because they are directed at a pleading that is no longer operative").

Date: August 19, 2019